Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Claudia M. Puga

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CLAUDIA M. PUGA,                           )   Case No.: CV 09-9401 RNB
                                           )
                Plaintiff,                 )   {PROPOSED} ORDER AWARDING
                                           )   EQUAL ACCESS TO JUSTICE ACT
        vs.                                )   ATTORNEY FEES AND EXPENSES
                                           )   PURSUANT TO 28 U.S.C. § 2412(d)
MICHAEL J. ASTRUE,                         )
Commissioner of Social Security,           )
                                           )
                Defendant                  )
                                           )
_____    )

        Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

        IT IS ORDERED that fees and expenses in the amount of $3,700.00 as

authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:  December 7, 2010

_____
THE HONORABLE ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,
LAW OFFICES OF Lawrence D. Rohlfing

        /s/ *Steven G. Rosales*
_____
Steven G. Rosales
Attorney for plaintiff Claudia M. Puga

-1-